IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>                  Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, *et al.*,<br><br>                  Plaintiff,<br><br>      vs.<br><br>I. CLEVELAND HUFF, IN HIS CAPACITY AS TRUSTEE OF THE HUFF IRREVOCABLE TRUST DATED 12/10/12; I. CLEVELAND HUFF,<br><br>                  Defendants. | Adversary Proceeding<br>Case No. 19-50868 (JKS)<br><br><br><br><br>**Ref Docket Nos. 27 & 28** |

## AFFIDAVIT OF SERVICE

STATE OF OHIO         )
                                ) ss.:
COUNTY OF FRANKLIN    )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 28, 2021, I caused to be served the:

    a. "Plaintiff's Request for Entry of Default Judgment," dated October 27, 2021 [Docket No. 27], and

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

-1-

    b. "Judgment by Default," dated October 28, 2021 [Docket No. 28],

by causing true and correct copies to be enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                 */s/ Angela Chachoff*
                                                                                 Angela Chachoff

Sworn to before me this
2nd day of November, 2021
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| THE HUFF IRREVOCABLE TRUST | ATTN I CLEVELAND HUFF, TRUSTEE | 201 S GREENFIELD RD LOT 251 | | | MESA | AZ | 85206-1233 |